Jack Silver, Esq. SBN 160575
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel. (707) 528-8175
Fax: (707) 528-8675
lhm28843@sbcglobal.net

Attorneys for Plaintiff
Northern California River Watch

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit Corporation,<br><br>                        Plaintiff,<br>v.<br>MERCER FRASER COMPANY and DOES 1 - 10, Inclusive,<br><br>                        Defendants. | CASE NO: C04 04620 SC (JL)<br><br>**STIPULATION RE FILING FIRST AMENDED COMPLAINT;** ~~[PROPOSED]~~ **ORDER** |

IT IS HEREBY STIPULATED and agreed to by and between the parties to this action, in conjunction with the parties' agreement to settle this action, that the plaintiff Northern California River Watch be allowed to file the First Amended Complaint for Injunctive Relief, Civil Penalties, Restitution and Remediation, a copy of which is attached hereto as Exhibit "A". By stipulating to the filing of the First Amended Complaint, defendant Mercer Fraser Company is not approving or admitting the allegations or contents of the First Amended Complaint, or waiving its defenses thereto.

The First Amended Complaint is being filed to include all claims that are currently brought or can currently be brought by Northern California River Watch against Mercer Fraser Company based

C04 04620 SC (JL)
Stipulation Re Filing First Amended Complaint
[Proposed] Order

1  upon the facts alleged in the First Amended Complaint and the Notice letters attached thereto and
2  incorporated by reference.

4  DATED: 11/29/05, 2005        DIEPENBROCK HARRISON
                                A Professional Corporation

6                               By: _____
                                    Jeffrey L. Anderson
7                                   Attorneys for Defendant
                                    MERCER FRASER COMPANY

10 DATED: 11/30/205, 2005       _____
                                Jack Silver
11                              Attorney for Plaintiff
                                NORTHERN CALIFORNIA RIVER WATCH

15                              **ORDER**

16 PURSUANT TO STIPULATION, IT IS SO ORDERED.

17 DATED: 12/2/05              _____
                                HON.
18                              JUDGE                    COURT

IT IS SO ORDERED
Judge Samuel Conti

28 C04 04620 SC (JL)
   Stipulation Re Filing First Amended Complaint
   [Proposed] Order

2