MARK D. HARRISON (SBN 142958)
JEFFREY L. ANDERSON (SBN 157982)
DIEPENBROCK HARRISON
A Professional Corporation
400 Capitol Mall, Suite 1800
Sacramento, CA 95814-4413
Telephone: (916) 492-5000
Facsimile: (916) 446-4535

Attorneys for Defendant
MERCER FRASER COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> MERCER FRASER COMPANY, and DOES 1-10, Inclusive, <br><br> Defendant. | Case No.: 04-4620 SC <br><br> **STIPULATION FOR ENTRY OF ORDER OF JUDGMENT OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

Plaintiff NORTHERN CALIFORNIA RIVER WATCH, a California non-profit corporation ("NCRW"), by and through its counsel, and Defendant MERCER FRASER COMPANY, INC., a California corporation ("MERCER"), by and through its counsel, stipulate to entry of an Order of Judgment of Dismissal by which Plaintiff's action, in its entirety, is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). A true and correct copy of the parties' Settlement Agreement and General Release of All Claims ("Agreement") is attached hereto as Exhibit A and the terms stated therein are incorporated herein by reference.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action, in accordance with the terms of the parties' Agreement (Exhibit A), subject to the Court's entry of this Order of Judgment of Dismissal be and

hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: Dec. 13, 2005

DIEPENBROCK HARRISON
A Professional Corporation

By: _____
Jeffrey L. Anderson
Attorneys for Defendant
MERCER FRASER COMPANY, INC.

Dated: Dec. 16, 2005

LAW OFFICE OF JACK SILVER

By: _____
Jack Silver
Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH, a
California non-profit corporation

## JUDGMENT OF DISMISSAL

IT IS ORDERED that pursuant to the parties' above Stipulation and the Agreement incorporated herein, the above action is hereby dismissed with prejudice.

Dated: 12/19/05, 2005

_____
United States District Judge

GRANTED
Judge Samuel Conti

THE DIEPENBROCK LAW FIRM

-2-
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON